**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ABLES, et al., <br>     Plaintiffs, <br> v. <br> BROOKS BROTHERS GROUP, INC., <br>     Defendant. | Case No.: CV 17-4309-DMG (Ex) <br><br> **JUDGMENT** |

On September 6, 2018, this Court having granted Defendant's motion to dismiss without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Brooks Brothers Group, Inc. and against Scott Ables, Steven J. Brett, and America Munson, and that this action is dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: September 6, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE